Daniel Johnson WILLIS,
Plaintiff—Appellant,

and

Jones County Improvement Association,
Incorporated, Plaintiff,

v.

DEPARTMENT OF TRANSPORTA-
TION; Lyndo Tippett; Cam McRae,
as public official; Jay Converse, as
private individuals and/or their suc-
cessors; Tands Incorporation, as pri-
vate individuals and/or their succes-
sors, Defendants—Appellees.

No. 08–1054.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2008.

Decided: Nov. 18, 2008.

Daniel Johnson Willis, Appellant Pro Se.
Scott A. Conklin, North Carolina Depart-
ment of Justice, Raleigh, North Carolina;
Nicole A. Crawford, Brooks, Pierce,
McLendon, Humphrey & Leonard,
Greensboro, North Carolina, for Appellees.

Before WILKINSON, NIEMEYER,
and SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Daniel Johnson Willis appeals the dis-
trict court's order accepting the recom-
mendation of the magistrate judge and
dismissing his civil action. We have re-
viewed the record and find that this appeal
is frivolous. Accordingly, we deny leave to
proceed in forma pauperis and dismiss the
appeal for the reasons stated by the dis-
trict court. *Willis v. Dep't of Transp.*, No.
4:07–cv–00046–FL, 2007 WL 4380098
(E.D.N.C. Dec. 12, 2007). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*